# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **FAXON & BOOTH GOLF DESIGN, LLC,** <br><br> Plaintiff <br><br> v. <br><br> **SOUTH SHORE TRI-TOWN DEVELOPMENT CORPORATION,** <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil No. 09-135-P-S |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 29, 2000, his Recommended Decision (Docket No. 21).  Plaintiff filed its Objection to the Recommended Decision (Docket No. 22) on July 8, 2009.  Defendant, LNR South Shore, LLC, filed its Objection to the Recommended Decision (Docket No. 23) on July 17, 2009.  Defendant, LNR South Shore LLC, filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 24) on July 27, 2009.  Plaintiff filed its Response to Defendant, LNR's Objection to the Recommended Decision (Docket No. 25) on August 3, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant LNR's Motion to Dismiss at to Count II (Docket No. 16) is **GRANTED** and otherwise **DENIED**.

　　　　　　　　　　　　　　　　　　　　/s/George Z. Singal_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

Dated:  August 4, 2008